**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7278**

———————

DOUGLAS G. WHITFIELD,

                Plaintiff - Appellant,

      v.

FRANKLIN COUNTY; JERRY W. JONES, Sheriff; UNKNOWN
LIEUTENANT, Franklin County Sheriff's Department; UNKNOWN
DEPUTY, Franklin County Sheriff's Department,

                Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge. (5:12-ct-03031-F)

———————

Submitted:  November 20, 2012      Decided:  November 27, 2012

———————

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit
Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Douglas G. Whitfield, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas G. Whitfield appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Whitfield v. Franklin Cnty., No. 5:12-ct-03031-F (E.D.N.C. July 25, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED